TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
CHELSEE C. JENSEN, ESQ., Nevada Bar No. 14549
cjensen@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone:    702.382.2101
Facsimile:    702.382.8135

Attorneys for Defendants
*ZOUK CONSULTING PTE LTD; and ZOUK*
*CONSULTING (US) LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FOOTFALL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RESORTS WORLD LAS VEGAS, LLC, a Nevada limited liability company; ZOUK CONSULTING PTE LTD, a Singapore corporation; ZOUK CONSULTING (US) LLC, a Delaware limited liability company; DOES I through X, inclusive; and ROE ENTITIES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:26-cv-01173-ART-EJY<br><br>**(Clark County District Court Case No. A-24-891289-B)**<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS ZOUK CONSULTING PTE LTD AND ZOUK CONSULTING (US) LLC'S TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |
| RESORTS WORLD LAS VEGAS LLC, a Delaware limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>FOOTFALL LLC, a California limited liability company; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Counter-Defendants. | |

Plaintiff Footfall, LLC ("**Plaintiff**") by and through its undersigned counsel of record, and Defendants Zouk Consulting PTE LTD ("**Zouk PTE**") and Zouk Consulting (US) LLC ("**Zouk US**") (collectively "**Zouk Entities**"), by and through their undersigned counsel of record, stipulate and agree as follows:

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

1.    On March 5, 2026, Plaintiff filed a Second Amended Complaint initiating this action, adding the Zouk Entities as defendants.

2.    The Zouk Entities accepted service of the Summons and Second Amended Complaint on March 31, 2026.

3.    The Zouk Entities removed this matter to Federal Court on April 16, 2026.  *See* ECF No. 1.

4.    Pursuant to FRCP 81(c)(2), the current deadline for Zouk Entities to respond to the Second Amended Complaint is April 23, 2026.

5.    Plaintiff has agreed to extend Zouk Entities' deadline to respond to the Second Amended Complaint to and including May 14, 2026.

**ACCORDINGLY, IT IS HEREBY STIPULATED** that the time for the Zouk Entities to respond to the Second Amended Complaint is extended to and including May 14, 2026.

This is the first request that the Court extend Zouk Entities' time to respond to the Second Amended Complaint. The parties make this stipulation in good faith and without any intent to delay these proceedings.

**IT IS SO STIPULATED**

DATED this 21st day of April, 2026.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY:  */s/ Travis F. Chance*
TRAVIS F. CHANCE, ESQ.
CHELSEE C. JENSEN, ESQ.

*Attorneys for Defendants ZOUK CONSULTING PTE LTD; and ZOUK CONSULTING (US) LLC*

DATED this 21st day of April, 2026.

SGRO & ROGER

BY: */s/ Keith D. Williams*
Anthony P. Sgro, Esq.
Nevada Bar No. 3811
Keith D. Williams, Esq.
Nevada Bar No. 10796

HAYES WAKAYAMA JUAN

BY: */s/ Charles M. Vlasic III*
CHARLES M. VLASIC III, ESQ.
Nevada Bar No. 11308
5798 S. Durango Drive, Suite 105
Las Vegas, NV  89113

*Attorneys for Plaintiff Footfall, LLC*

DATED this 21st day of April, 2026.

SKLAR WILLIAMS

BY: */s/ Stephen R. Hackett*
STEPHEN R. HACKETT, ESQ.
Nevada Bar No. 5010
ANTHONY R. AGER, ESQ.
Nevada Bar No. 7969
DAVID B. BARNEY, ESQ.

*Attorneys for Defendant/Counterclaimant*
*Resorts World Las Vegas LLC*

## ORDER

**IT IS SO ORDERED**.

U.S. MAGISTRATE JUDGE

DATED: April 21, 2026

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

- 3 -