Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
Anthony R. Ager, Esq.
Nevada Bar No.: 7969
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile:  (702) 360-0000
Email: shackett@sklar-law.com
        aager@sklar-law.com
        dbarney@sklar-law.com
*Attorneys for Defendant/Counterclaimant
Resorts World Las Vegas LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FOOTFALL, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RESORTS WORLD LAS VEGAS, LLC, a Nevada limited liability company; ZOUK CONSULTING PTE LTD, a Singapore corporation; ZOUK CONSULTING (US) LLC, a Delaware limited liability company; DOES I through X, inclusive; and ROE ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-01173-ART-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR JURY TRIAL**<br><br>**(FIRST REQUEST)** |
| RESORTS WORLD LAS VEGAS LLC, a Delaware limited liability company,<br><br>Counterclaimant,<br>       vs.<br><br>FOOTFALL LLC, a California limited liability company; DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Counter-defendants. | |

1

Plaintiff Footfall, LLC ("Footfall"), Defendant/Counterclaimant Resorts World Las Vegas LLC ("Resorts World"), and Defendants Zouk Consulting PTE LTD and Zouk Consulting (US) LLC, by and through their respective counsel of record, hereby stipulate and agree as follows:

1.      On April 30, 2026, Footfall filed a Motion for Jury Trial (ECF No. 15; hereinafter, the "Motion") in this matter.

2.      At the time the Motion was filed, Resorts World was not on the service list in this case, and it did not receive notice or a copy of the Motion until just before the presumed deadline of May 14, 2026.

3.      Resorts World's counsel is now on the service list, and to accommodate this issue and counsel's schedules in general, the parties have agreed to extend the deadline for any party to file an opposition to the Motion by one week, until and including May 21, 2026.

4.      It is therefore stipulated that any opposition to the Motion shall be filed by no later May 21, 2026.

5.      This is the first request for an extension of time to respond to the Motion.  It is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated this 14th day of May, 2026.

HAYES WAKAYAMA JUAN

/s/ Charles M. Vlasic
Charles M. Vlasic III, Esq.
Nevada Bar No. 11308
5798 S. Durango Drive, Suite 105
Las Vegas, NV 89113
SGRO & ROGER
Anthony P. Sgro, Esq.
Nevada Bar No. 3811
Benjamin B, Gordon, Esq.
Nevada Bar No. 15552
2901 El Camino Ave., Ste. 204
Las Vegas, NV 89102
*Attorneys for Plaintiff/Counter-
defendant Footfall, LLC*

Dated this 14th day of May, 2026

SKLAR WILLIAMS PLLC

/s/ David B. Barney
Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
Anthony R. Ager, Esq.
Nevada Bar No.: 7969
David B. Barney, Esq.
Nevada Bar No.: 14681
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
*Attorneys for Defendant/Counterclaimant
Resorts World Las Vegas LLC*

Dated this 14th day of May, 2026.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

*/s/ Chelsee C. Jensen*
Travis F. Chance, Esq.
Nevada Bar No. 13800
Chelsee C. Jensen, Esq.
Nevada Bar No. 14549
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
*Attorneys for Defendants*
*Zouk Consulting PTE LTD and*
*Zouk Consulting (US) LLC*

## ORDER

**IT IS SO ORDERED.**

U.S. MAGISTRATE JUDGE

Dated:   May 20, 2026

3