**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FOOTFALL, LLC, a California limited liability company, <br><br>         Plaintiff, <br><br>     vs. <br><br> RESORTS WORLD LAS VEGAS, LLC, a Delaware limited liability company; ZOUK CONSULTING PTE LTD, a Singapore corporation; ZOUK CONSULTING (US) LLC, a Delaware limited liability company; DOES I through X, inclusive; and ROE ENTITIES 1 through 10, inclusive, <br><br>         Defendants. | Case Number: 2:26-cv-01173-ART-EJY <br><br> **ORDER GRANTING** <br><br> **STIPULATION TO EXTEND TIME FOR BRIEFING ON:** <br><br> **(1) DEFENDANT ZOUK CONSULTING PTE LTD'S MOTION TO DISMISS UNDER FRCP 12(B)(2) FOR LACK OF PERSONAL JURISDICTION [ECF 16]; AND** <br><br> **(2) DEFENDANTS ZOUK CONSULTING PTE LTD AND ZOUK CONSULTING (US) LLC'S MOTION TO DISMISS UNDER FRCP 12(B)(6) [ECF 19]** <br><br> **(FIRST REQUEST)** |

**1** OF **5**

RESORTS WORLD LAS VEGAS LLC, a Delaware limited liability company,

Counterclaimant,

vs.

FOOTFALL LLC, a California limited liability company, DOES 1 through 10, inclusive; and ROE ENTITIES I through X, inclusive,

Counter-defendants.

Plaintiff/Counter-Defendant FOOTFALL, LLC ("Footfall"), Defendant/Counterclaimant RESORTS WORLD LAS VEGAS, LLC ("Resorts World"), and Defendants Zouk Consulting PTE LTD ("Zouk Singapore") and Zouk Consulting (US) LLC ("Zouk US"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On May 14, 2026, Defendant Zouk Singapore filed a Motion to Dismiss Under FRCP 12(B)(2) for Lack of Personal Jurisdiction (ECF No. 16) ("Motion to Dismiss for Lack of Personal Jurisdiction").

2. On May 14, 2026, Defendants Zouk Singapore and Zouk US filed a Motion to Dismiss Under FRCP 12(B)(6) for Failure to State a Claim (ECF No. 19) ("Motion to Dismiss for Failure to State a Claim").

3. Plaintiff Footfall has requested additional time to file Oppositions to the Motion to Dismiss for Lack of Personal Jurisdiction and to the Motion to Dismiss for Failure to State a Claim, and Zouk Singapore and Zouk US have agreed to this request.

4. Zouk Singapore and Zouk US have also requested additional time to file Replies in Support of the Motion to Dismiss for Lack of Personal Jurisdiction and to the Motion to Dismiss for Failure to State a Claim, and Plaintiff Footfall has agreed to this request.

5. It is therefore stipulated and agreed that Footfall's Oppositions to the Motion to Dismiss for Lack of Personal Jurisdiction and to the Motion to Dismiss for Failure to State a Claim shall be filed by no later than June 11, 2026.

**2** OF **5**

6.    It is further stipulated and agreed that Zouk Singapore and Zouk US' Replies in Support of the Motion to Dismiss for Lack of Personal Jurisdiction and to the Motion to Dismiss for Failure to State a Claim shall be filed by no later than July 2, 2026.

7.    This is the first request for an extension of time related to the briefing on the Motion to Dismiss for Lack of Personal Jurisdiction and to the Motion to Dismiss for Failure to State a Claim.  It is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

DATED this 21st day of May 2026.

| | |
|---|---|
| **SGRO & ROGER** | **SKLAR WILLIAMS, PLLC** |
| /s/ *Benjamin B. Gordon* | /s/ *Stephen R. Hackett* |
| Anthony P. Sgro, Esq. | Stephen R. Hackett, Esq. |
| Benjamin B. Gordon, Esq. | Anthony R. Ager, Esq. |
| 2901 El Camino Ave., Ste. 204 | David B. Barney, Esq. |
| Las Vegas, NV 89102 | 410 South Rampart Blvd., Ste. 350 |
| | Las Vegas, NV 89145 |
| Charles M. Vlasic III, Esq. | *Attorneys for Defendant/* |
| HAYES WAKAYMA JUAN | *Counterclaimant Resorts World Las* |
| 5798 S. Durango Drive, Suite 105 | *Vegas, LLC* |
| Las Vegas, NV 89113 | |
| | **BROWNSTEIN HYATT FARBER** |
| *Attorneys for Plaintiff/ Counterdefendant* | **SCHRECK, LLP** |
| *Footfall, LLC* | /s/ *Chelsee C. Jensen* |
| | Travis F. Chance, Esq. |
| | Chelsee C. Jensen, Esq. |
| | 100 N. City Parkway, Suite 1600 |
| | Las Vegas, NV 89106 |
| | *Attorneys for Defendant Zouk Consulting* |
| | *PTE Ltd and Zouk Consulting (US) LLC* |

## ORDER

The parties' Stipulation to extend time regarding ECF Nos. 16 and 19 (ECF No. 29) is granted *nunc pro tunc.*

Dated: <u>May 26, 2026</u>

_____
Anne R. Traum
United States District Judge